PERRY D. POPOVICH    SBN: 64938
Attorney at Law
19711 Tollhouse Road
Clovis, CA 93619
Tel: (650) 856-0672
e-mail: perrypopovich@gmail.com

Attorney for Plaintiff Jeannie Popovich

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JEANNIE POPOVICH, | Case No. 1:23-cv-00396-ADA-BAM |
| Plaintiff, | Jury Trial:   No |
| v. | |
| NADIA MOHAMMAD, KHOWAZA AZIZURAHMAN (individuals), BE SURE AUTO SALES (a business entity, form unknown, doing business in California), CONVOY AUTO SALES INC. (a business entity, form unknown, doing business in California), DOES 1 – 10, | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT;** |
| | Hearing Date: June 20, 2023         Time: 8:30 A.M.     Courtroom: 8 |
| Defendants. | |

On March 16, 2023, Plaintiff filed an Application for Extension of Time to Serve Summons and Complaint. (Doc. 8.) On June 20, 2023, the Court convened a Status Conference to address service of process. (Doc. 10.) At the conference, Plaintiff's counsel informed the Court that Plaintiff had been attempting to serve Defendants and requested an additional 90 days to effect service. (*Id.*) The Court notified Plaintiff that a proposed order regarding the extension should be submitted to the Court. (*Id.*) Plaintiff filed the instant proposed order on September 1, 2023.

///

///

///

///

///

Pursuant to Federal Rule of Civil Procedure 4(m) and good cause appearing, Plaintiff is permitted an extension of time to effect service on Defendants. Plaintiff shall complete service of process of the Summons and Complaint on each of the Defendants on or before September 16, 2023.

IT IS SO ORDERED.

Dated:   **September 5, 2023**         /s/ *Barbara A. McAuliffe*     
                                        UNITED STATES MAGISTRATE JUDGE